FILED
NOV 03 2010
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

1  BENJAMIN B. WAGNER
   United States Attorney
2  HEIKO P. COPPOLA
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2770

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. NO. 2:10 cr 0471 EJG |
| Plaintiff, | VIOLATION: 18 U.S.C. § 1001 - False Statements |
| v. | |
| BRET JAMES GRAVELINE, | |
| Defendant. | |

# I N F O R M A T I O N

COUNT ONE:   [18 U.S.C. § 1001 - Making a False Statement]

The United States Attorney charges: T H A T

BRET JAMES GRAVELINE

defendant herein, between in or about April 2006 and on or about March 16, 2007, in a matter within the jurisdiction of the Bureau of Alcohol, Tobacco and Firearms, an agency of the United States, did knowingly and willfully make and use a materially false writing or document knowing the same to contain a materially false, fictitious, or fraudulent statement to wit: that the defendant unlawfully altered the expiration date of his Federal Firearms License, No. 9-68-017-01-5L-00585, and used copies of the

unlawfully altered Federal Firearms License No. 9-68-017-01-5L-00585 containing his signature attesting that such copy of Federal Firearms License No. 9-68-017-01-5L-00585 was a true copy, to transfer firearms, in violation of Title 18, United States Code, Section 1001.

BENJAMIN B. WAGNER
United States Attorney

Date: November 2, 2010     By: _____
HEIKO P. COPPOLA
Assistant U.S. Attorney

# Penalty Slip

**Bret James Graveline**: Count 1

| COUNT 1 | 18 U.S.C. § 1001 - Making a False Statement | PENALTY: | NMT $250,000 fine, or NMT 5 years imprisonment, or Both<br>NMT 3 Years TSR |
|---|---|---|---|
| **PENALTY ASSESSMENT:** | $100.00 special assessment for each count | | |