UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

MEMORANDUM

*Order*



FILED

APR 19 2011

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
       DEPUTY CLERK

Honorable Edward J. Garcia
Senior United States District Judge
Sacramento, California

RE:   **Bret James GRAVELINE**
      **Docket Number:  2:10CR00471-01**
      **CONTINUANCE OF JUDGMENT**
      **AND SENTENCING**

Your Honor:

Per agreement with both counsel, it is respectfully requested that the above-referenced case be continued from May 20, 2011 to July 29, 2011 at 10 a.m.. (See attached amended Schedule for Disclosure.)

c/ EJG

**REASON FOR CONTINUANCE:** The probation officer has not yet interviewed the defendant, as Mr. Graveline's counsel is traveling from San Jose, which has made scheduling difficult.

By copy of this memorandum, the Court Clerk is being requested to make appropriate changes in the Court calendar.

Respectfully submitted,

*Casey Horner, Sr.*

**CASEY HORNER, SR.**
**Senior United States Probation Officer**

REVIEWED BY: *Linda Alger*

**LINDA L. ALGER**
**Supervising United States Probation Officer**

Dated:   April 5, 2011
         Sacramento, California
         CKH:mc

Attachment

**RE:**   **Bret James GRAVELINE**
          **Docket Number:   2:10CR00471-01**
          **CONTINUANCE OF JUDGMENT AND SENTENCING**


cc:   Clerk, United States District Court
      United States Attorney's Office
      United States Marshal's Office
      Federal Defender (If defense counsel is court-appointed)
      Probation Office Calendar clerk


✓ **Approved**

_____   4/19/11
**EDWARD J. GARCIA**
**Senior United States District Judge**      **Date**

___ **Disapproved**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **Docket Number:   2:10CR00471-01** |
| Plaintiff, | SCHEDULE FOR DISCLOSURE OF PRESENTENCE REPORT AND FOR FILING OF OBJECTIONS TO THE PRESENTENCE REPORT |
| vs. | |
| **Bret James GRAVELINE** | |
| **Defendant.** | |

The Probation Officer and all parties shall adhere to this schedule unless it is later modified by this Court:

| | |
|---|---|
| Judgment and Sentencing Date: | 07/29/2011 at 10 a.m. |
| Reply, or Statement of Non-Opposition: | 07/22/2011 |
| Motion for Correction of the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | 07/15/2011 |
| The Presentence Report shall be filed with the Court and disclosed to counsel no later than: | 07/08/2011 |
| Counsel's written objections to the Presentence Report shall be delivered to the Probation Officer and opposing counsel no later than: | 07/01/2011 |
| The proposed Presentence Report shall be disclosed to counsel no later than: | 06/17/2011 |